ACCEPTED
06-18-00008-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/13/2018 2:29 PM
DEBBIE AUTREY
CLERK

## No. 06-18-00008-CR

## IN THE COURT OF APPEALS

## FOR THE SIXTH COURT OF APPEALS

## AT TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/13/2018 2:29:31 PM
DEBBIE AUTREY
Clerk

### JUAN CARLOS GARCIA

### APPELLANT,

### V.

### THE STATE OF TEXAS

**On Appeal from the 276TH District Court, Camp County, Texas**

**NO. CF16-01679, the Honorable Robert M. Rolston, Presiding**

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

NOW COMES, Juan Carlos Garcia, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 276th District Court of Camp County, Texas.

2. The case below was styled THE STATE OF TEXAS vs. JUAN CARLOS GARCIA, and numbered CF16-01679.

3. Appellant was convicted of Aggravated Assault of a Disabled Individual.

---

**MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF**

4. Appellant was assessed a sentence of 60 years confinement in the Institutional Division of the Texas Department of Criminal Justice and is currently incarcerated.

5. Notice of appeal was given on January 2, 2018.

6. The clerk's record was filed on January 29, 2018; the reporter's record was filed on February 22, 2018.

7. The appellant's brief is presently due on March 26, 2018.

8. Appellant requests an extension of time to April 25, 2018.

9. This is appellant's first motion to extend time to file his brief.

10. Appellant relies on the following facts as good cause for the requested extension:

   (a) Appellant's attorney has a pre-paid vacation scheduled from March 15 through March 27, 2018. Said vacation entails travel outside the United States and was scheduled before his engagement in the appeal.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this Court grant this Motion To Extend Time To File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

/s/ Robert M. Burns
Robert M. Burns
Law Office of Robert M. Burns, PC
SBN: 03452200
1720 Regal Row, Suite 200
Dallas, TX 75235
TEL: (214) 634-0771
FAX: (214) 634- 0465
rburns@legalmeasures.com

## CERTIFICATE OF CONFERENCE

On the March 12, 2018 the undersigned spoke with David Colley, District Attorney of Camp County via telephone regarding the motion to extend time to file the appellant's brief. He has indicated that he has no opposition to the court granting said motion to the date requested.

/s/ Robert M. Burns
Robert M. Burns

## CERTIFCATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served upon the District Attorney's office of Camp County and David Colley via the e-file system.

/s/ Robert M. Burns
Robert M. Burns